**Dismiss and Opinion Filed June 3, 2022**



In The

# Court of Appeals

# Fifth District of Texas at Dallas

### No. 05-22-00405-CV

### TREANORHL, INC., Appellant

### V.

### SMITHGROUP, INC. AND PATRICK JONES, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-16999**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

Stating the parties have reached a settlement agreement "that negates the subject of this appeal," appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Bill Pedersen, III//

220405f.p05

BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TREANORHL, INC., Appellant

No. 05-22-00405-CV    V.

SMITHGROUP, INC. AND
PATRICK JONES, Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-16999.
Opinion delivered by Justice
Pedersen, III, Justices Partida-
Kipness and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 3rd day of June, 2022.